SEALED DOCUMENT

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF NH
FILED
2016 AUG -1 A 9:31

| IN RE: ADMINISTRATIVE SUBPOENAS TO GOOGLE, INC. PURSUANT TO 18 U.S.C. § 2705(b) | Case No. 1:16-mc-50-AJ<br><br>Filed Under Seal - Level I |
|---|---|

### APPLICATION FOR ORDER COMMANDING GOOGLE, INC. NOT TO NOTIFY ANY PERSON OF THE EXISTENCE OF SUBPOENA

The United States requests that the Court order Google, Inc. not to notify any person (including the subscribers or customers of the accounts listed in the administrative subpoena) of the existence of the attached subpoena until further order of the Court.

Google, Inc. is a provider of an electronic communication service, as defined in 18 U.S.C. § 2510(15), and/or a remote computer service, as defined in 18 U.S.C. § 2711(2). Pursuant to 18 U.S.C. § 2703, the Department of Homeland Security, Homeland Security Investigations, issued the attached subpoena, which requires Google, Inc. to disclose certain records and information to the Department of Homeland Security. This Court has authority under 18 U.S.C. § 2705(b) to issue "an order commanding a provider of electronic communications service or remote computing service to whom a warrant, subpoena, or court order is directed, for such period as the court deems appropriate, not to notify any other person of the existence of the warrant, subpoena, or court order." Id.

The attached subpoena was issued in connection with an investigation of several unidentified individuals who sent and received images of child pornography through their respective Google e-mail accounts. The attached subpoena seeks subscriber information and IP address records related to the accounts from which the images of child pornography were sent, or into which the child pornography images were received. The premature disclosure of the

existence of the subpoena will alert the account subscriber to the pending investigation, which may cause him or her to destroy or alter evidence, or flee the United States to avoid prosecution.

In this case, a non-disclosure order would be appropriate because the attached subpoena relates to an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation, and its disclosure may alert the targets to the ongoing investigation. Accordingly, there is reason to believe that notification of the existence of the attached subpoena will seriously jeopardize the investigation by, among other things, giving targets an opportunity to flee, destroy or tamper with evidence, and change patterns of behavior. See 18 U.S.C. § 2705(b). Some of the evidence in this investigation is stored electronically. If alerted to the existence of the subpoena, the subjects under investigation could destroy that evidence, including information saved to their personal computers.

Section 2705(b) provides that when the government is not required to notify the subscriber or customer that it is serving process on the provider, then the Court may order the provider not to give notice, provided one of the five risks set forth in § 2705(b) is present. For the reasons listed above, the government has shown that there is reason to believe that notice by the provider would cause one of the enumerated harms. The government is proceeding here using a subpoena under 18 U.S.C. § 2703(c)(2). Section 2703(c)(3) provides that when the government proceeds under § 2703(c) (*i.e.,* when it is only seeking records of the provider, and not any content of the subscriber or customer), the government is not required to provide notice to the subscriber or customer. Thus, the government has satisfied all the conditions of § 2705(b).

WHEREFORE, the United States respectfully requests that the Court grant the attached Order directing Google, Inc. not to disclose the existence or content of the attached subpoena,

except that Google, Inc. may disclose the attached subpoena to an attorney for Google, Inc. for the purpose of receiving legal advice.

The United States further requests that the Court order that this application, the subpoena attachment, and any resulting order be sealed for one hundred and eighty (180) days, until January 27, 2017. As explained above, these documents discuss an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation. Accordingly, there is good cause to seal these documents because their premature disclosure may seriously jeopardize that investigation.

Respectfully submitted,

EMILY GRAY RICE
United States Attorney

August 1, 2016

/s/ Nick Abramson
Nick Abramson
Assistant U.S. Attorney
Massachusetts Bar # 672267
53 Pleasant Street, 4th Floor
Concord, New Hampshire 03301
(603) 225-1552
Nick.Abramson@usdoj.gov

SEALED DOCUMENT

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| IN RE: ADMINISTRATIVE SUBPOENAS TO GOOGLE, INC. PURSUANT TO 18 U.S.C. § 2705(b) | Case No. 1:16-mc-50-AJ<br><br>Filed Under Seal – Level I |

## ORDER

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding Google, Inc., an electronic communication service provider and/or a remote computing service, not to notify any person (including the subscribers or customers of the account listed in the subpoena) of the existence of the attached subpoena until further order of the Court.

The Court determines that there is reason to believe that notification of the existence of the attached subpoena will seriously jeopardize the investigation, including by giving targets an opportunity to flee, destroy or tamper with evidence, and change patterns of behavior. See 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that Google, Inc. shall not disclose the existence of the attached subpoena, or this Order of the Court, to the listed subscriber or to any other person, unless and until otherwise authorized to do so by the Court, except that Google, Inc. may disclose the attached subpoena to an attorney for Google, Inc. for the purpose of receiving legal advice.

IT IS FURTHER ORDERED that the application and this Order are sealed until January 27, 2017.

_____              _____
Date                                              Andrea K. Johnstone
                                                       United States Magistrate Judge
                                                       District of New Hampshire



Homeland Security Investigations
275 Chestnut Street
Suite 307
Manchester, NH 03101

# Cover Sheet

**Date** July 26, 2016

**To:** Google, Inc.
Google Legal Investigative Support
1600 Amphitheatre Parkway
Mountain View, CA 94043
650-618-1806

**Electronic Service Methods:**

**Fax:** (Not available)

**E-Mail:** USLawEnforcement@google.com

**From:** Derek M. Dunn

**Phone:** 603-629-2711

☐ Urgent    ☒ Action    ☐ Concurrence    ☐ FYI

**Number of pages including cover:** 4

Comments:

Attached is summons #: ICE-HSI-MF-2016-00235.

Please respond by August 23, 2016.

| 1. To (Name, Address, City, State, Zip Code)<br>Google, Inc.<br>Google Legal Investigative Support<br>1600 Amphitheatre Parkway<br>Mountain View, CA 94043 | DEPARTMENT OF HOMELAND SECURITY<br><br>**SUMMONS**<br><br>to Appear and/or Produce Records<br>19 U.S.C. § 1509 |
|---|---|
| Summons Number  ICE-HSI-MF-2016-00235 | |

By the service of this summons upon you, **YOU ARE HEREBY SUMMONED AND REQUIRED TO:**

(A) ☐ **APPEAR** before the U.S. Customs and Border Protection (CBP) Officer or U.S. Immigration and Customs Enforcement (ICE) Special Agent named in Block 2 at the place, date and time indicated to testify and give information.

(B) ☒ **PRODUCE** the records (including statements, declarations, and other documents) indicated in Block 3 before the CBP Officer or ICE Special Agent named in Block 2 at the place, date and time indicated.

Your testimony and/or production of the indicated records is required in connection with an investigation or inquiry to ascertain the correctness of entries, to determine the liability for duties, taxes, fines, penalties, or forfeitures, and/or to ensure compliance with the laws or regulations administered by CBP and ICE.

Failure to comply with this summons will render you liable to proceedings in a U.S. District Court to enforce compliance with this summons as well as other sanctions.

| 2. (A) CBP Officer or ICE Special Agent before whom you are required to appear | (B) Date |
|---|---|
| Name  Derek M. Dunn<br>Title  Special Agent<br>Address  275 Chestnut Street<br>Suite 307<br>Manchester, NH 03101<br>Telephone Number  603-629-2711    Fax Number  603-626-1792 | August 23, 2016<br><br>(C) Time<br><br>9:00 AM |

3. Records required to be produced for inspection

Please see attached continuation page.

*You are requested not to disclose the existence of this summons for an indefinite period of time. Any such disclosure will impede this investigation and thereby interfere with the enforcement of federal law.*

Issued under authority of section 509, Tariff Act of 1930, as amended by Pub. L. No. 95-410 (19 U.S.C. § 1509); 44 F.R. 2217; Homeland Security Act of 2002

| 4. Name of person authorized to serve this summons or any other CBP Officer or ICE Special Agent<br><br>Derek M. Dunn | 5. Date of issue<br><br>By _____<br>(Signature)<br><br>JUL 26 2016 |
|---|---|
| <br><br>If you have any questions regarding this summons, contact the CBP Officer or ICE Special Agent identified in Block 2. | 6. Name, title, address and telephone number of person issuing this summons<br><br>Name  Matthew J. Etre<br>Title  Special Agent In Charge<br>Address  10 Causeway Street<br>Suite 722<br>Boston, MA 02222<br>Telephone Number  617-565-7401 |

DHS Form 3115 (6/09)

## CERTIFICATE OF SERVICE AND ACKNOWLEDGMENT OF RECEIPT

| A. CERTIFICATE OF SERVICE OF SUMMONS |||
|---|---|---|
| I certify that I served the summons on the front of this form as follows: |||
| ☐ I delivered a copy of the summons to the person to whom it was directed, as follows: | Address or Location | Date |
| | | Time  ☐ a.m. ☐ p.m. |
| ☐ (For corporations, partnerships, and unincorporated associations which may be sued under a common name) I delivered a copy of the summons to an officer, managing or general agent, or agent authorized to accept service of process as follows: | Address or Location | Date |
| | | Time  ☐ a.m. ☐ p.m. |
| | Name of person to whom the summons was delivered | |

Signature

| Title | Date |
|---|---|

| B. ACKNOWLEDGMENT OF RECEIPT ||||
|---|---|---|---|
| I acknowledge receipt of a copy of the summons on the front of this form. ||||
| Signature ||||
| Title | | Date | Time  ☐ a.m. ☐ p.m. |

DHS Form 3115 (6/09)

| 1. To (Name, Address, City, State, Zip Code)<br>Google, Inc.<br>Google Legal Investigative Support<br>1600 Amphitheatre Parkway<br>Mountain View, CA 94043 | DEPARTMENT OF HOMELAND SECURITY<br><br>**SUMMONS (Continuation)**<br><br>to Appear and/or Produce Records<br>19 U.S.C. § 1509 |
|---|---|

Summons Number  ICE-HSI-MF-2016-00235

3. Records required to be produced for inspection (continued)

Pursuant to an investigation being conducted by the Department of Homeland Security, Homeland Security Investigations, as authorized by Title 18, United States Code, Section 2703(c)(2), please disclose the following information:

All SUBSCRIBER and LOG-IN records pertaining to the E-MAIL ADDRESSES listed below. This includes, but is not limited to, all user-provided identification information such as real name, date of birth, address, zip code, and alternate email addresses; current account information from connection records or records of session times, duration, and length of service (including start date) and types of services utilized; telephone or instrument number or other subscriber number or identity, including any temporary assigned network address; subaccounts; email address information; last known IP data; and radius. This is to include the source of payment for such service (including any credit card information and/or bank account number):

Please see attached list.

This is a child exploitation investigation. A federal Court Order issued pursuant to 18 USC 2705(b) prohibiting disclosure of this legal process is included with this summons.

**Method of Response:**

**Preferred:**

   Return the requested records in a data file format such as ".XLS", ".CSV", ".TXT", ".TIF", or ".PDF". The data file(s) should be delivered via e-mail to Intelligence Research Specialist Lisa A. LaForte at Lisa.A.LaForte@ice.dhs.gov.

   NOTE: The ICE e-mail system limits incoming messages containing file attachments to 10 MB. For larger files send the summons response in multiple e-mail messages.

**Alternates:**

   The records may be supplied in a file format on a CD-R. If the records are not available in data file format, paper documents will be accepted. The records should be delivered to Intelligence Research Specialist Lisa A. LaForte at U.S. Immigration and Customs Enforcement, 275 Chestnut Street, Suite 307, Manchester, NH 03101.

If you have questions, please contact Special Agent Derek M. Dunn at 603-629-2711.

*You are requested not to disclose the existence of this summons for an indefinite period of time. Any such disclosure will impede this investigation and thereby interfere with the enforcement of federal law.*

End of Document

Box 3 (continued) -- Page 1 of 1

## ATTACHMENT A

1imgsrcru69@gmail.com

25yopervert@gmail.com

2tirso362@gmail.com

agapo68@gmail.com

antwancavazos@gmail.com

atlanastitan@gmail.com

comelolis@gmail.com

cumjunkspunk@gmail.com

dave.wayne07@gmail.com

davidgepford0@gmail.com

dozzerrman@gmail.com

drozaro@gmail.com

ellocoboy2@gmail.com

ervesval@gmail.com

fairylucy78@gmail.com

c.cfire4@gmail.com

hinpoulsen@gmail.com

huntik.alexander@gmail.com

hushmail24@gmail.com

iblangballe@gmail.com

imgyou17@gmail.com

infantilango@gmail.com

ivanov8444.s@gmail.com

james.knight2203@gmail.com

jjohnjimmy130@gmail.com

jogon6197@gmail.com

jospinacadena@gmail.com

k2fotografering@gmail.com

karminhodak@gmail.com

kimmyandparantsplayen@gmail.com

kimsreallyhappy@gmail.com

liamknopp@gmail.com

lolita.luder@gmail.com

magicballoon123@gmail.com

nonpercent@gmail.com

oldgentlepervert@gmail.com

padurdur@gmail.com

pedolittlegirl@gmail.com

perze234@gmail.com

peterpanerra@gmail.com

ralfolm00@gmail.com

responsas@gmail.com

sara.ahmed.6660@gmail.com

sarahlutherie@gmail.com

seatondeaaryan@gmail.com

superskrull66@gmail.com

thestart1997@gmail.com

thigas.soares123@gmail.com

vytautas64@gmail.com