**SEALED DOCUMENT**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| IN RE: ADMINISTRATIVE SUBPOENAS TO GOOGLE, INC. PURSUANT TO 18 U.S.C. § 2705(b) | Case No. 1:16-mc-50-AJ<br><br>Filed Under Seal - Level I |

## MOTION TO SEAL

The United States has requested the issuance of a court order precluding Google from notifying subscribers about the issuance of administrative subpoenas for subscriber information pertaining to various accounts. The United States hereby requests that the Court seal that motion, the proposed order, the issued order, and the subpoena attachment at Level I for 180 days, until January 27, 2017. These documents discuss an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation. Accordingly, there is good cause to seal these documents because their premature disclosure may seriously jeopardize that investigation.

WHEREFORE, the United States respectfully requests that the Court order that this application, the proposed order, the subpoena attachment, and any resulting order be sealed for one hundred and eighty (180) days, until January 27, 2017.

Respectfully submitted,

EMILY GRAY RICE
United States Attorney

August 1, 2016

/s/ Nick Abramson
Nick Abramson
Assistant U.S. Attorney
Massachusetts Bar # 672267
53 Pleasant Street, 4th Floor
Concord, New Hampshire 03301
(603) 225-1552
Nick.Abramson@usdoj.gov