SEALED
DOCUMENT

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

U.S. DISTRICT COURT
DISTRICT OF NH
FILED

2017 MAR -1 A II: 27

| IN RE: ADMINISTRATIVE SUBPOENAS TO GOOGLE, INC. PURSUANT TO 18 U.S.C. § 2705(b) | Case No.  16-mc-50-AJ |
| | Filed Under Seal - Level I |

<u>**MOTION TO EXTEND ORDER SEALING THE ENTIRE CASE FILE UNTIL JULY 26, 2017**</u>

The United States hereby requests that the Court extend the order sealing the entire case file at a Level I for an additional 180 days, until July 26, 2017.  These documents discuss an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation.  Accordingly, there is good cause to seal these documents because their premature disclosure may seriously jeopardize that investigation.

WHEREFORE, the United States respectfully requests that the Court extend the order sealing the entire case file for an additional one hundred and eighty (180) days, until July 26, 2017.

Respectfully submitted,

EMILY GRAY RICE
United States Attorney

March 1, 2017

By: _____
for  Seth R. Aframe
Assistant U.S. Attorney
MA Bar No. 643288
53 Pleasant Street, 4th Floor
Concord, NH  03301
(603) 225-1552
seth.aframe@usdoj.gov

Motion        ☐ Granted        ☐ Denied

_____
Andrea K. Johnstone
United States Magistrate Judge
Date: